IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 5:15~~xxx~~ ~~XXXXX~~ 5:15-po-11 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 16 U.S.C. § 703(a) |
| vs. | ) | 16 U.S.C. § 707(a) |
| | ) | 50 C.F.R. § 10 |
| | ) | |
| **CHARLES H. WILLIAMS,** | ) | |
| **JIMMIE AIKEN,** | ) | |
| **JOHN DANTZLER, and** | ) | |
| **ALEJANDRO RENTERIA NOYOLA** | ) | **INFORMATION** |

## COUNT 1
(Unlawful Trapping and Killing of a Migratory Bird)

THE UNITED STATES ATTORNEY CHARGES:

On or about November 30, 2013, in the District of South Carolina, the defendants, **JIMMIE AIKEN and CHARLES H. WILLIAMS**, as aiders and abettors and co-participants in jointly undertaken criminal activity, did unlawfully trap, take, and kill a Red-tailed Hawk (*Buteo jamaicensis*), a migratory bird, without a permit;

In violation of Title 16, United States Code, Sections 703(a) and 707(a), Title 18, United States Code, Section 2, and 50 C.F.R. Section 10.

## COUNT 2
(Unlawful Trapping and Killing of a Migratory Bird)

THE UNITED STATES ATTORNEY CHARGES:

On or before December 19, 2013, in the District of South Carolina, the defendant, **CHARLES H. WILLIAMS**, as an aider and abettor and co-participant in jointly

undertaken criminal activity, did unlawfully trap, take, and kill a Red-tailed Hawk (*Buteo jamaicensis*), a migratory bird, without a permit;

In violation of Title 16, United States Code, Sections 703(a) and 707(a), Title 18, United States Code, Section 2, and 50 C.F.R. Section 10.

## COUNT 3
(Unlawful Trapping and Killing of a Migratory Bird)

THE UNITED STATES ATTORNEY CHARGES:

On or about December 21, 2013, in the District of South Carolina, the defendant, **CHARLES H. WILLIAMS,** as an aider and abettor and co-participant in jointly undertaken criminal activity, did unlawfully trap, take, and kill a Red-tailed Hawk (*Buteo jamaicensis*), a migratory bird, without a permit;

In violation of Title 16, United States Code, Sections 703(a) and 707(a), Title 18, United States Code, Section 2, and 50 C.F.R. Section 10.

## COUNT 4
(Unlawful Trapping and Killing of a Migratory Bird)

THE UNITED STATES ATTORNEY CHARGES:

On or about December 26, 2013, in the District of South Carolina, the defendants, **JOHN DANTZLER and CHARLES H. WILLIAMS**, as an aider and abettor and co-participant in jointly undertaken criminal activity, did unlawfully trap, take, and kill a Red-tailed Hawk (*Buteo jamaicensis*), a migratory bird, without a permit;

2

In violation of Title 16, United States Code, Sections 703(a) and 707(a), Title 18, United States Code, Section 2, and 50 C.F.R. Section 10.

## COUNT 5
(Unlawful Trapping and Killing of a Migratory Bird)

THE UNITED STATES ATTORNEY CHARGES:

On or about January 3, 2014, in the District of South Carolina, the defendant, **CHARLES H. WILLIAMS**, as an aider and abettor and co-participant in jointly undertaken criminal activity, did unlawfully trap, take, and kill a Red-tailed Hawk (*Buteo jamaicensis*), a migratory bird, without a permit;

In violation of Title 16, United States Code, Sections 703(a) and 707(a), Title 18, United States Code, Section 2, and 50 C.F.R. Section 10.

## COUNT 6
(Unlawful Trapping and Killing of a Migratory Bird)

THE UNITED STATES ATTORNEY CHARGES:

On or about February 11 to 13, 2014, in the District of South Carolina, the defendant, **CHARLES H. WILLIAMS**, as an aider and abettor and co-participant in jointly undertaken criminal activity, did unlawfully trap, take, and kill a Cooper's Hawk (*Accipiter cooperii*), a migratory bird, without a permit;

In violation of Title 16, United States Code, Sections 703(a) and 707(a), Title 18, United States Code, Section 2, and 50 C.F.R. Section 10.

## COUNT 7
(Unlawful Trapping and Killing of a Migratory Bird)

THE UNITED STATES ATTORNEY CHARGES:

On or about February 18 to 20, 2014, in the District of South Carolina, the defendant, **CHARLES H. WILLIAMS**, as an aider and abettor and co-participant in jointly undertaken criminal activity, did unlawfully trap, take, and kill a Red-tailed Hawk (*Buteo jamaicensis*), a migratory bird, without a permit;

In violation of Title 16, United States Code, Sections 703(a) and 707(a), Title 18, United States Code, Section 2, and 50 C.F.R. Section 10.

## COUNT 8
(Attempt to Trap and Kill a Migratory Bird)

THE UNITED STATES ATTORNEY CHARGES:

On or about February 4, 2014, in the District of South Carolina, the defendant, **ALEJANDRO RENTERIA NOYOLA**, as an aider and abettor and co-participant in jointly undertaken criminal activity, did unlawfully attempt to trap, take, and kill a Red-tailed Hawk (*Buteo jamaicensis*), a migratory bird, without a permit;

In violation of Title 16, United States Code, Sections 703(a) and 707(a), Title 18, United States Code, Section 2, and 50 C.F.R. Section 10.

s/William N. Nettles
WILLIAM N. NETTLES (EJK)
UNITED STATES ATTORNEY

December 15, 2015

Charleston, SC